**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

COMMITTEE FOR A BETTER ARVIN, et al.,

Petitioners,

vs.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

Respondents,

CALIFORNIA AIR RESOURCES BOARD and SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,

Respondent-Intervenors.

**No. 24-7270**

Agency No.
EPA-R09-OAR-2023-0477
Environmental Protection Agency

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONS FOR REHEARING EN BANC**

Petitioners Committee for a Better Arvin et al. (Petitioners) move the Court for a 21-day extension of time, from October 20, 2026 to November 10, 2026, in which to file their response to the petitions for rehearing en banc in this case. The Motion is unopposed.

1. On August 5, 2026, this Court issued an opinion concluding that the challenged rule issued by Respondents U.S. Environmental Protection Agency et

al. (Respondents) violated the Clean Air Act and remanded the rule without vacatur. Dkt. No. 72.1. Pursuant to Fed. R. App. P. 40(d), the deadline to file any petition for rehearing and rehearing en banc was on September 21, 2026, 45 days after entry of judgment.

2. Respondents filed a petition for rehearing en banc on September 21, 2026. Dkt. No. 77.1. That same day, Respondent-Intervenors California Air Resources Board and San Joaquin Valley Unified Air Pollution Control District (Respondent-Intervenors) also filed a petition for rehearing en banc. Dkt. No. 76.1.

3. On September 29, 2026, the Court issued an order calling for a response to the petitions for en banc rehearing in this case, due within 21 days (i.e., on October 20, 2026). Dkt. No. 80.1. Petitioners have not previously sought any extension of the response deadline.

4. Petitioners respectfully request a 21-day extension of time, to and including November 10, 2026, in which to file their response to the en banc rehearing petitions.

The requested extension is necessary to ensure that Petitioners have sufficient time to prepare a response that will be most helpful to the Court. Petitioners' response must address separate petitions filed by Respondents and Respondent-Intervenors. Moreover, based on outreach from counsel for prospective amici, Petitioners expect that at least two amicus briefs will be filed in

support of the en banc rehearing petitions.

In addition, undersigned counsel has other significant commitments during the current response window. Earthjustice counsel is affected by an organization-wide, offsite meeting during the entire week of October 5. Earthjustice counsel also has other significant work and deadlines that require preparation during the current response window, including in *Sierra Club et al. v. City of Barstow*, No. CIVVS2604816 (San Bernardino Cnty. Super. Ct.) (merits reply brief due on October 20, 2026), *Monte Beard., Sr. et al. v. State of California*, No. 25STCO01395 (L.A. Cnty. Super. Ct.) (significant discovery response deadline on October 23, 2026), and several administrative processes before agency decisionmakers. Counsel with the Law Office of Brent J. Newell is similarly facing significant work and deadlines during the current response window, including in *Central Valley Air Quality Coalition v. San Joaquin Valley Unified Air Pollution Control District*, No. 1:23-cv-00794-KES-EGC (E.D. Cal.) (Fed. R. Civ. P. 26(f) conference on October 14, 2026, with related Rule 26 activities). Additionally, counsel with the Law Office of Brent J. Newell had planned to work a reduced schedule in October to spend time on his candidacy for a locally elected office on the November 3, 2026 ballot.

This modest extension will enable Petitioners to file a response that will be most useful to the Court.

5. Counsel for Respondents and counsel for Respondent-Intervenors have authorized us to state that they do not oppose this extension request.

Respectfully submitted this 1st day of October, 2026.

EARTHJUSTICE

s/ Colin O'Brien
Colin O'Brien, California Bar No. 309413
Tyler Szeto, California Bar No. 350624
Earthjustice
1 Sansome Street, Suite 1700
San Francisco, CA 94104
(415) 217-2000
cobrien@earthjustice.org
tszeto@earthjustice.org

LAW OFFICE OF BRENT J. NEWELL

s/ Brent J. Newell
Brent J. Newell, California Bar No. 210312
Law Office of Brent J. Newell
245 Kentucky Street, Suite A4
Petaluma, CA 94952
(661) 586-3724
brent@lawofficenewell.com

*Attorneys for Petitioners Committee for a Better Arvin, Medical Advocates for Healthy Air, National Parks Conservation Association, and Sierra Club*

## CERTIFICATE OF COMPLIANCE

In accordance with Fed. R. App. P. 27(d)(2)(A), Fed. R. App. P. 32(g), and Cir. R. 27-1(1)(d), I certify that this Motion complies with the type-volume and length limitations for motions because it contains 529 words and is less than 20 pages in length. I further certify that this Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because this Motion is written in Times New Roman 14-point font using Microsoft Word.

Dated: October 1, 2026

*s/ Colin O'Brien*
Colin O'Brien
Attorney